# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153696(71)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

DAVID ALLEN SNYDER,
Defendant-Appellant.

SC: 153696
COA: 325449
Gratiot CC: 14-007061-FH

_____/

On order of the Court, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before January 15, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk